UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAFE STRUCTURE DESIGNS, LLC,

        Plaintiff,

vs.

        Case No. 3:24-cv-1008-MMH-MCR

WALTER BULLOCK, et al.,

        Defendants.
_____/

## ORDER TO SHOW CAUSE

    This matter is before the Court sua sponte. Upon review of Plaintiff's Verified Complaint (Doc. 1), the Court is unable to discern whether this action is properly filed in the Jacksonville Division of the United States District Court for the Middle District of Florida. Pursuant to Local Rule 1.04(b), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), "[a] party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced." This Local Rule further provides that "[u]nless otherwise administratively ordered by the chief judge, the judge must transfer the action to the division to which the action is most directly connected or in which the action is most conveniently advanced."

    Here, Plaintiff alleges that its principal place of business is in New Port Richey, Florida, which is in Pasco County within the Tampa Division of the

Middle District.  See Verified Complaint ¶ 19; see also Local Rule 1.04(a). Defendants are all located outside the State of Florida.  See Verified Complaint ¶¶ 20-22.  Thus, the location of the parties does not establish a connection to the Jacksonville Division.  While it may be that the acts giving rise to this action are connected to the Jacksonville Division in some way, having carefully reviewed the Verified Complaint, the Court finds no discernible relation to a location encompassed by the Jacksonville Division.  Significantly, there is nothing to suggest that the action is "most directly connected" or "most conveniently advanced" in this Division.  See Local Rule 1.04(b) (emphasis added).  Indeed, the only apparent connection to the Jacksonville Division is the address of Plaintiff's attorney.  Id. at 34.

Accordingly, Plaintiff is **DIRECTED** to **SHOW CAUSE** by a written response filed on or before **OCTOBER 15, 2024**, why this case should remain pending in the Jacksonville Division.  In the response, Plaintiff must identify the Division "to which the action is most directly connected or in which the action is most conveniently advanced" in accordance with Local Rule 1.04(b).

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of October, 2024.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record