# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| SAFE STRUCTURE DESIGN, LLC, | ) |
| Plaintiff | ) Case No.: 3:24-CV-1008-MMH-MCR |
| vs. | ) **SUGGESTION OF DEATH** |
| WALTER BULLOCK, JULIA SHARIT, and TRACKS NORTH AMERICA, INC., | ) |
| Defendants. | ) |

COMES NOW undersigned counsel for Walter Bullock, pursuant to the Federal Rule of Civil Procedure 25(a)(1), and files upon the record this suggestion of death of Defendant Walter Bullock during the pendency of this action.

Dated: December 17, 2024

                                            */s/ Wallace D. Mills*          .
                                            Wallace D. Mills (Lead Counsel)
                                            Ala. Bar 8747-I72W
                                            **Wallace D. Mills, P.C.**
                                            621 South Hull St.
                                            Montgomery, AL 36104
                                            (334) 219-9111
                                            mills@wallacemills.com
                                            PRO HAC VICE

                                            **Adam R. Smart**
                                            FL Bar #1032572
                                            Primary Email: asmart@burr.com
                                            Secondary Email: jmlewis@burr.com

2

                **BURR & FORMAN LLP**
                50 North Laura Street, Suite 3000
                Jacksonville, Florida 32202
                Telephone: (904) 232-7200

                Attorneys for Walter Bullock